# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. OLICK | CIVIL NO. 5:13-cv-05452-WY |
| v. | |
| CITY OF EASTON, *et al.* | ADV. NO. 2:12-ap-00631-ELF |

## ORDER

**AND NOW**, this 5 day of February, 2014, upon consideration of Appellant's appeal from the August 7, 2013 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Appellant's brief, and Appellee's brief in response; it is **HEREBY ORDERED** that Appellant's appeal is **DISMISSED** for want of jurisdiction.

_____
William H. Yohn Jr., Judge.